UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

JS 6

| Case No. | CV 09-5718 DSF (VBKx) | Date | 8/6/09 |
|---|---|---|---|
| Title | Archer Investments, L.P., et al. v. Rosa E. Cordero | | |

| Present: The Honorable | DALE S. FISCHER, United States District Judge |
|---|---|

| Debra Plato | Not Present |
|---|---|
| Deputy Clerk | Court Reporter |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceedings:** (In Chambers) Order REMANDING Case to Superior Court of California, County of Los Angeles

This matter was removed from state court on August 5, 2009, based on federal question jurisdiction. The complaint filed by Plaintiffs is a state law unlawful detainer complaint and does not state a federal cause of action. The notice of removal also alludes to the amount in controversy necessary for diversity jurisdiction, but it is plain from the face of the complaint that the amount in controversy is less than $75,000. (See Compl. ¶ 7(b) ("Damages in the amount of $50.00 per day from May 27, 2009 and for so long as allowed by law; . . . .").)[1] While the notice of removal references potential federal defenses to the complaint, federal jurisdiction is based on the plaintiff's complaint and not on any counterclaims or defenses that a defendant might assert. See Holmes Group, Inc. v. Vornado Air Circulation Sys., Inc., 535 U.S. 826, 830-32 (2002).

The case is REMANDED to the Superior Court of California, County of Los Angeles.

IT IS SO ORDERED.

---

[1] The notice of removal also does not establish the citizenship of the parties.